OFFICE OF DISCIPLINARY COUNSEL *v.* RIESER.

[Cite as *Disciplinary Counsel v. Rieser* (1995), 72 Ohio St.3d 130.]

(No. 94–2650—Submitted January 24, 1995—Decided May 3, 1995.)

132

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Dennis C. Belli,* for respondent.

*Per Curiam.* We have reviewed the record and agree that respondent neglected two cases in violation of DR 6–101(A)(3). We also agree with the recommended sanction. Therefore, we hereby reprimand David Paul Rieser for this misconduct. Costs taxed to respondent.

*Judgment accordingly.*

DOUGLAS, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.

PFEIFER, J., dissents and would dismiss the cause.

WRIGHT, J., dissenting. I respectfully dissent, because I would impose upon respondent a suspended six-month suspension from the practice of law in Ohio.

MOYER, C.J., concurs in the foregoing dissenting opinion.